# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MCCOY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00938-SMS PC<br><br>ORDER DENYING MOTION FOR RELIEF FROM ORDER DIRECTING COLLECTION OF FILING FEE, AND DIRECTING THE CLERK OF THE COURT TO CLOSE THIS FILE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 11) |

　　　　Plaintiff Aaron McCoy, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 8, 2009.  On July 27, 2009, Plaintiff filed a notice of voluntary dismissal and a request for relief from the Court's order directing collection of the $350.00 filing fee from his prison trust account.

　　　　The $350.00 filing fee is due upon the institution of a civil action, which occurred on May 8, 2009.  28 U.S.C. § 1914(a).  Plaintiff's decision to voluntarily dismiss this action is not grounds for relief from the Court's order granting in forma pauperis status and directing the collection of the filing fee from Plaintiff's trust account.  Therefore, Plaintiff's request for relief from the order is denied.

　　　　At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  Fed. R. Civ. P. 41(a)(1)(i); <u>Duke Energy Trading and Marketing, L.L.C. v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  <u>Id.</u>

1  Accordingly, Plaintiff's request for relief from the Court's order directing collection of the
2  $350.00 filing fee from his prison trust account is DENIED, and the Clerk of the Court is
3  DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on July 27,
4  2009. Fed. R. Civ. P. 41(a)(1)(i).

6  IT IS SO ORDERED.
7  **Dated:   July 31, 2009**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE